# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|            Plaintiff, ) | |
|       vs. ) | 2:11-cr-00304-RCJ-PAL |
| DARRELL CONNERS, ) | **ORDER** |
|            Defendant. ) | |

Pending before the Court is a Motion to Vacate Under 28 U.S.C. § 2255 (ECF No. 81). The Court denied Defendant's previous motion under § 2255, (*see* Order, ECF No. 76), and Defendant must therefore ask the Court of Appeals for permission to file a successive motion, *see id.* § 2255(h). The Court has no jurisdiction over Defendant's Petition under § 2254 (ECF No. 82), because Defendant does not therein attack any state court sentence.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Vacate (ECF No. 81) is DENIED.

IT IS FURTHER ORDERED that the Petition for Habeas Corpus (ECF No. 82) is DENIED, and the Motion for Status Check (ECF No. 83) is DENIED as moot.

IT IS SO ORDERED.

Dated this 9th day of June, 2015.

_____
ROBERT C. JONES
United States District Judge