# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 2:11-cr-00304-RCJ-PAL |
| vs. | ) | |
| DARRELL CONNERS, | ) | **ORDER** |
| Defendant. | ) | |

The Court recently denied a motion under 28 U.S.C. § 2255 as successive under § 2255(h) and denied a petition under § 2254 for lack of jurisdiction. Defendant has asked the Court to issue a certificate of appealability.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion for Certificate of Appealability (ECF No. 87) is DENIED.

IT IS SO ORDERED.

Dated this 9th day of November, 2015.

_____
ROBERT C. JONES
United States District Judge