# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:11-CR-00304-RCJ |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| DARRELL CONNERS, | ) ) ) | |
| Defendant. | ) ) ) | |

Defendant Conners and the Government shall each file a brief in this case. These briefs shall address whether Defendant's conviction under 18 U.S.C. § 924(c) should be vacated in light of *United States v. Davis*, 139 S. Ct. 2319 (2019). These briefs shall be no longer than fifteen pages in length and shall be submitted by October 30, 2020 at 5:00 P.M.

IT IS SO ORDERED this 21st day of September, 2020.

_____
ROBERT C. JONES
United States District Court Judge