**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00304  RCJ |
| Appellant, | |
| *vs.* | |
| DARRELL CONNERS, | **ORDER** |
| Appellee. | |

Based upon the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the deadline for the parties to submit their briefs as ordered in ECF 128 is November 10, 2020, at 5:00 p.m.

Dated :  November 12, 2020.

The Honorable Robert C. Jones
United States District Judge

THE LAW OFFICE OF KRISTINA WILDEVELD & ASSOCIATES
550 E. CHARLESTON BLVD.
LAS VEGAS, NEVADA 89104
PH: (702) 222-0007