UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>    v.<br><br>DARRELL CONNERS,<br><br>    Defendant-Appellant. | Case No. 2:11-cr-00304-RCJ-PAL<br><br>USCA Case No. 23-15119<br><br>**ORDER APPOINTING COUNSEL** |

    Pursuant to the February 28, 2024 Order directing the appointment of substitute counsel for Appellant, IT IS HEREBY ORDERED THAT **Benjamin Ramos** is appointed to represent DARRELL CONNERS for his appeal. Contact information for Mr. Ramos appears below:

    Benjamin Patrick Ramos
    Law Office of Benjamin Ramos
    705 E. Bidwell
    Suite 2-359
    Folsom, CA 95630
    916-358-9842
    Benjamin_Ramos@comcast.net

    Former counsel, Jamie Resch, is directed to forward the case file to Mr. Ramos forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointments@ca9.uscourts.gov.

    DATED this  1st   day of March 2024.
    *Nunc Pro Tunc:* February 29, 2024

                                                            ROBERT C. JONES
                                          UNITED STATES DISTRICT JUDGE