**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:11-CR-00304-JCM-PAL |
| Plaintiff, | |
| vs. | **ORDER APPOINTING COUNSEL** |
| DARRELL CONNERS, | |
| Defendant. | |

IT IS HEREBY ORDERED that JASON CARR**,** Esq. is APPOINTED as substitute counsel for DARRELL CONNERS in place of Benjamin Ramos for all future proceedings.

IT IS FURTHER ORDERED that an attorney appointed under the Criminal Justice Act will be required to apply under Fed. R. Crim. P. 17(b) for the issuance of subpoenas, whether for service within or outside of the District of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of Nevada and subsistence.  Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

DATED June 13, 2024
*Nunc Pro Tunc:* June 12, 2024

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE