**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:11-CR-00304-JCM-PAL |
| Plaintiff, | |
| vs. | **ORDER APPOINTING COUNSEL** |
| DARRELL CONNERS, | |
| Defendant. | |

Presently before the court is defendant Darrell Conners ("defendant")'s motion to set this matter for resentencing following a Ninth Circuit remand.  (ECF No. 169).  The government filed a response indicating its non-opposition to defendant's motion.  (ECF No. 171).

On January 11, 2013, defendant was sentenced by Judge Robert C. Jones to 191 months' imprisonment for the offenses of interference with commerce by armed robbery and use of a firearm in relation to a crime of violence.  (ECF Nos. 72; 73).  This case has involved numerous appeals regarding defendant's sentence.

Most recently, the Ninth Circuit remanded this case with instructions for the district court to (1) enter an order vacating Count 2 of the superseding indictment, (2) resentence defendant on Counts 1 and 3 of the superseding indictment, and (3) enter an amended judgment.  (ECF No. 166).

In his motion, defendant requests that the court schedule a resentencing hearing in accordance with the Ninth Circuit's order.  (ECF No. 169 at 2).  He further asks that he be permitted to participate in the resentencing hearing via videoconference from Federal Correctional Institution, Phoenix ("FCI Phoenix"), where he is currently in custody.  (*Id.* at 2-3).

Finally, defendant provides that there is a potential issue related to the Bureau of Prisons not giving him credit for time served. (*Id.*).  Defendant indicates that he is actively attempting to resolved this discrepancy.  (*Id.* at 4).

IT IS HEREBY ORDERED that defendant Darrell Conners' motion to set this matter for resentencing (ECF No. 169) be, and the same hereby is, GRANTED.

Defendant's resentencing hearing will occur on September 18, 2024, at 10:30 a.m., wherein he will be permitted to appear via videoconference from FCI Phoenix.

IT IS FURTHER ORDERED that counsel for defendant shall provide the court with an update, whether it be included in defendant's sentencing memorandum or another document, regarding defendant's ongoing dispute with the Bureau of Prisons concerning credit for time served.

DATED August 7 , 2024.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE